UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Chafarrah Clemons
PO Box 16831
Mobile AL 36616

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Alan Cohen
Daniel Moraney
Department of Homeland Security
Department of Federal Bureau Investigation
National Security Agency

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Chafarrah Clemons
             Street Address    Relocated
             County, City
             State & Zip Code
             Telephone Number  251-288-7572

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Alan Cohen
Street Address: 1300 Lombard Street #1406
County, City: Philadelphia PA
State & Zip Code: 19147

Defendant No. 2
Name: Daniel Moroney
Street Address: 401 N 21st Street
County, City: Philadelphia PA 19130
State & Zip Code:

Defendant No. 3
Name: Department of Federal Bureau of Investigation
Street Address: 600 Arch Street
County, City: Philadelphia PA 19106
State & Zip Code:

Defendant No. 4
Name: National Security Agency
Street Address:
County, City:
State & Zip Code:

#5 Department of Homeland Security
701 Market Street Philadelphia PA 19106

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ◯ Federal Questions       ✓ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Violation of the fourth Amendment and First Amendment, Illegal Search and Seizure of private property to cause harm.

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ~~Alabama~~ Alabama, Mobile - philadelphia, PA

Defendant(s) state(s) of citizenship Philadelphia, PA - Mobile Alabama

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? philadelphia PA, Mobile Al

B.  What date and approximate time did the events giving rise to your claim(s) occur? Philadelphia PA November 2, 2016-2017 - Mobile Al - 5/2017 - Current, July 2021

C.  Facts: _____

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

Rev. 10/2009

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Memory Issue Confusion, of the time. Anxiety and emotional disorders Currently

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I'm asking to be fully compensate and made whole, for material value lost Career advancement deprive Character assasination by defamation of character trauma of all attacks. I am ask for 300,000,000.00 Three Hundred million.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 03 day of July, 2021.

Signature of Plaintiff: Chofanch Clemons
Mailing Address: PO Box 16831
Mobile AL 36616

Telephone Number: 251-288-7572
Fax Number (if you have one): 
E-mail Address: thomas33ccc@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number: _____

USDC-EDPA
REC'D CLERK
2021 JUL 23 P 1:54

Chatarah Clemons
po box 16831 mobile Al 36616