# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAFARRAH CLEMONS,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 21-CV-3324** |
| | **:** | |
| **ALAN COHEN,** *et al.*, | **:** | |
| **Defendants.** | **:** | |

## ORDER

AND NOW, this 10th day of August, 2021, upon consideration of Plaintiff Chafarrah

Clemons's Motion to Proceed *In Forma Pauperis* (ECF No. 2), *pro se* Complaint (ECF No.

1), and Exhibits (ECF No. 3), it is **ORDERED** that:

1.      Clemons is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C.

§ 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** in its entirety pursuant to

28 U.S.C. § 1915(e)(2)B)(i) for the reasons stated in the Court's Memorandum.

4.      The Clerk of Court shall **CLOSE** this case.

### BY THE COURT:


/s/Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**